In the Matter of the Claims of MICHELANTONIO SCHIAVONE et al., Respondents. EDWARD CORSI, as Industrial Commissioner, Appellant.— Appeal by the Industrial Commissioner from a decision of the Unemployment Insurance Appeal Board. These claims present the identical issue and the same factual

situation as *Matter of Spinella (Corsi) (ante*, p. 974) decided herewith. Decision unanimously affirmed, with costs to respondents. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.